AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District Middle District of Alabama | | |
|---|---|---|---|
| Name of Movant: Arbert T. Smith | Prisoner No. 11409-002 | | Case No. 3:03cr212-F |
| Place of Confinement: F.C.I. Marianna | | | |

UNITED STATES OF AMERICA    v.   Arbert T. Smith

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States District Court Middle District of Alabama, P.O Box 711 Montgomery, AL.

2. Date of judgment of conviction  4-6-2005

3. Length of sentence  71 Months

4. Nature of offense involved (all counts)  18 U.S.C 922(G)(1) Unlawful transport of firearms

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☑
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☑

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____ N/A _____

        (3) Grounds raised _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☐

    (5) Result _____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____ N/A _____

        (3) Grounds raised _____

    _____

    _____

(3)

AO 243 (Rev. 2/95)

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐  No ☐

 (5) Result _____ NA _____

 (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
 (1) First petition, etc.  Yes ☐  No ☐
 (2) Second petition, etc. Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

NA

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution:</u> <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

 For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

 Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: __Newly Discovered Evidence__

Supporting FACTS (state *briefly* without citing cases or law)

On 4-6-2005 Arbeet T. Smith was enhanced 4 points for a case that was still pending in Lee County Circuit Court. On 7-21-05 the above said cases (No. CC 04-337, 338) was Nol Prossed without cost. See Attached Exhibit.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law)

(5)

AO 243 (Rev. 2/95)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐      No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  ROIANNE HOULTON CONNER, 250 WINTON BLOUNT LOOP, P.O. BOX 240458, Montgomery, Al. 36124

    (b) At arraignment and plea  —||—————————————————||—

    (c) At trial  —||—————————————————||—

    (d) At sentencing  —||—————————————————||—

(6)

AO 243 (Rev. 2/95)

(e) On appeal _____

_____ NA

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐        No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☑

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   _____

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
       Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-7-2006
(Date)

_____Aebert T. Smith_____
Signature of Movant

(7)

<pre>
</pre>

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. CC 04-337, 338 |
| ALBERT TYRAIL SMITH, | * |
| Defendant. | * |

## ORDER

The Court has received a Motion Nol Prosse in case numbers CC 04-337 and CC 04-338. In support of said Motion The District Attorney shows the Court that the Defendant has entered a plea of Guilty in The United States District Court and has been sentenced to 71 months in the federal penitentiary. It is therefore ordered, adjudged, and decreed that the above-styled matter is Nol Prossed without cost.

The Clerk of Court is ordered to mail by ordinary mail or deliver a copy of this Order to the following:

Hon. Nick Abbett
2311 Gateway Drive
Opelika, AL 36801

Hon. Joseph L. Dean Jr.
P.O. Box 231
Opelika, AL 36803

DONE this the 15th day of July, 2005.



JACOB A. WALKER, III
Circuit Judge

FILED
JUL 2 1 2005
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

CERTIFICATE OF SERVICE

I certify that on March 7th, 2006, I mailed a copy of this Application* and all attachments to Leura Garrett Canary, U.S. Attorney for the Middle District of Alabama (Attn: Kent B. Brunson, Assistant U.S. Attorney), to his office at One Court Square, Suite 201, Montgomery, Alabama 36104.

*signature: Arbert T. Smith*
Arbert T. Smith   No. 11409-002
Federal Correctional Inst.
Mohawk Unit B
Post Office Box 7007
Marianna, Florida 32447-7007
Office (850)526-2313

* Pursuant to Fed.R.App.P.25(a), "Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filling. Timely filing of papers by an inmate confined in an institution may be shown by notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth date of deposit and stating that first-class postage has been prepaid."

28 U.S.C. § 2255 Application          PAGE 8