27BD

# U.S. District Court
## Alabama Middle District (Opelika)
### CRIMINAL DOCKET FOR CASE #: 3:03-cr-00212-MEF-VPM-ALL
### Internal Use Only

Case title: USA v. Smith

Date Filed: 09/23/2003

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Vanzetta P. McPherson

**Defendant**

**Arbert Tyrail Smith** (1)
*TERMINATED: 04/07/2005*

represented by **Roianne Houlton Conner**
Law Office of Roianne Houlton Conner
250 Winton Blount Loop
PO Box 240458
Montgomery, AL 36124
334-215-1988
Fax: 215-7778
Email: mrsrhconner@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS, ETC. - NMT $250,000, [*]; NMT 10Y, B; NMT 3Y SUP REL; $100 SA; VWPA; G-LINES
(1)

**Disposition**

71 Mos Imp; 3 Yrs Sup Rel; $100 SA

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America**     represented by    **Kent B. Brunson**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: Kent.Brunson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2003 | 1 | SEALED INDICTMENT as to Sealed Deft (1) count(s) 1 (sql) (Entered: 09/29/2003) |
| 09/23/2003 | | **Added Government Attorney Kent B. Brunson as to Sealed Deft (sql) (Entered: 09/29/2003) |
| 09/23/2003 | | Magistrate Judge Vanzetta P. McPherson assigned to case for discovery matters as well as matters subsequently referred by District Judge . (sql) (Entered: 09/29/2003) |

| | | |
|---|---|---|
| 09/23/2003 | | (sql) (Entered: 09/29/2003) |
| 09/23/2003 | | **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial, USA Financial Unit (sql) (Entered: 09/29/2003) |
| 09/29/2003 | 2 | Arrest WARRANT issued as to Sealed Deft (sql) (Entered: 09/29/2003) |
| 03/05/2004 | | Order entered in Cr Misc No. 715 unsealing this case as to Arbert Tyrail Smith (snc) (Entered: 03/05/2004) |
| 03/05/2004 | | INDICTMENT UNSEALED as to Arbert Tyrail Smith (snc) (Entered: 03/05/2004) |
| 03/05/2004 | | **Added (ip) party Arbert Tyrail Smith, 737 Lee Road 394 Lot #6, Auburn, AL 36830 (snc) (Entered: 03/05/2004) |
| 03/10/2004 | | ARREST of Arbert Tyrail Smith (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | Initial appearance as to Arbert Tyrail Smith held before Mag Judge Vanzetta P. McPherson on 3/10/04 (Defendant informed of rights.) (FTR: 2:48) (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Arbert Tyrail Smith (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | ORAL ORDER as to Arbert Tyrail Smith , Appointing Federal Defender as Counsel ( Entered by Mag Judge Vanzetta P. McPherson ) (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | **Added for Arbert Tyrail Smith Attorney Federal Defender (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | 4 | BOND entered by Arbert Tyrail Smith Bond set to $25,000 appearance for Arbert Tyrail Smith. Receipt # (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | 5 | ORDER Setting Conditions of Release as to Arbert Tyrail Smith Bond set to $25,000 appearance for Arbert Tyrail Smith. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Deft, Copies furnished to: USA, USM, USPO, USPTS, FD (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | ARRAIGNMENT as to Arbert Tyrail Smith held before Mag Judge Vanzetta P. McPherson on 3/10/04 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not Guilty. (FTR: 2:48 to 3:02) (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | PLEA of Not Guilty: Arbert Tyrail Smith (1) count(s) 1 ; Court accepts plea. (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | 6 | Courtroom Deputy's Minutes as to Arbert Tyrail Smith : Initial appearance and arraignment held before Mag. Judge McPherson (FTR: 2:48-3:02) (dmk) (Entered: 03/10/2004) |
| 03/10/2004 | | ***JS-2 First Appearance Code (jct, ) (Entered: 05/03/2004) |
| 03/11/2004 | | (kcg) (Entered: 03/11/2004) |

| Date | # | Description |
|---|---|---|
| 03/11/2004 | 7 | ORDER on Arraignment as to Arbert Tyrail Smith directing that unless the government provided initial disclosures to defendant prior to or at arraignment, the government is ORDERED to tender initial disclosures to the defendant on or before March 10, 2004, discovery is due on or before 3/12/04 for Arbert Tyrail Smith; Pretrial Motions due by 3/31/04 for Arbert Tyrail Smith ; Pretrial set 10:00 4/2/04 for Arbert Tyrail Smith U.S. Courthouse; Jury Trial set 4/26/04 for Arbert Tyrail Smith in Courtroom 2E Jury Selection 4/26/04 for Arbert Tyrail Smith in U.S. Courthouse; and government response to pretrial motions due 10 days from motion filing date. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC,WR,SC,DK (kcg) (Entered: 03/11/2004) |
| 03/16/2004 | 8 | ORDER [rendered 3/15/04] as to Arbert Tyrail Smith Appointing CJA Counsel Roianne H. Conner to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS (kcg) Modified on 03/16/2004 (Entered: 03/16/2004) |
| 03/16/2004 | | **Added for Arbert Tyrail Smith Attorney Roianne Houlton Conner (kcg) (Entered: 03/16/2004) |
| 03/16/2004 | | ** Renoticed document [8-2] order (kcg) (Entered: 03/16/2004) |
| 03/17/2004 | 9 | NOTICE of Appearance for Arbert Tyrail Smith by Attorney Roianne Houlton Conner (kcg) (Entered: 03/18/2004) |
| 03/23/2004 | 10 | MOTION by Arbert Tyrail Smith to Suppress [10-1] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 03/24/2004) |
| 03/23/2004 | 12 | arrest WARRANT Returned Executed as to Arbert Tyrail Smith on 3/10/04 (kcg) (Entered: 03/29/2004) |
| 03/24/2004 | 11 | ORDER as to Arbert Tyrail Smith Response to Motion by the government due by 3/31/04 for Arbert Tyrail Smith for [10-1] motion to Suppress ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Deft, Copies furnished to: USA,USM, USPO, USPTS, KG (ws) (Entered: 03/25/2004) |
| 03/31/2004 | | Deadline updated as to Arbert Tyrail Smith, set Pretrial Conference for for 10:00 4/2/04 for Arbert Tyrail Smith at Courtroom 5A before Mag Judge Vanzetta P. McPherson in Courtroom 5A (sql) (Entered: 03/31/2004) |
| 03/31/2004 | 13 | RESPONSE by USA as to Arbert Tyrail Smith re [10-1] motion to Suppress w/attachment. referred to Mag Judge Vanzetta P. McPherson (kcg) (Entered: 04/01/2004) |
| 04/02/2004 | | Pre-trial conference as to Arbert Tyrail Smith held before Mag Judge Vanzetta P. McPherson on 4/2/04 [FTR: 10:53 - 10:56 am] (sql) (Entered: |

| | | |
|---|---|---|
| | | 04/02/2004) |
| 04/02/2004 | 14 | Courtroom Deputy's Minutes as to Arbert Tyrail Smith of pre-trial conference.: (sql) (Entered: 04/02/2004) |
| 04/15/2004 |  | Judge update in case as to Arbert Tyrail Smith. Judge Mark E. Fuller and Vanzetta P. McPherson added. Judge Unassigned Judge no longer assigned to case. (kcg, ) (Entered: 04/15/2004) |
| 04/15/2004 | 15 | Pretrial Conference Order as to Arbert Tyrail Smith Jury Trial set for 6/2/2004 before Honorable Mark E. Fuller. Jury Selection set for 6/2/2004 before Honorable Mark E. Fuller. There are no motions currently pending and the time set by the court for filing motions is on or before April 16, 2004. Pretrial Conference set for 5/10/2004 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Voir Dire due by 5/26/2004 Proposed Jury Instructions due by 5/26/2004 Motions in Limine due by 5/26/2004 Plea Agreement due by 5/24/2004.. Signed by Judge Vanzetta P. McPherson on 4/14/04. (kcg, ) (Entered: 04/15/2004) |
| 04/16/2004 | 16 | REPORT AND RECOMMENDATIONS regarding 3/23/04 Motion to Suppress as to Arbert Tyrail Smith Objections to R&R due by 4/30/2004. Signed by Judge Vanzetta P. McPherson on 4/16/04. (kcg, ) (Entered: 04/16/2004) |
| 04/28/2004 | 17 | OBJECTION TO REPORT AND RECOMMENDATIONS 16 by Arbert Tyrail Smith *denying suppression of evidence* (Conner, Roianne) (Entered: 04/28/2004) |
| 05/10/2004 | 18 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Arbert Tyrail Smith held on 5/10/2004 (Tape #FTR: 10:36 - 10:38 am.) (sql, ) (Entered: 05/10/2004) |
| 05/14/2004 | 19 | ORDER as to Arbert Tyrail Smith that a second pretrial conference was held on May 10, 2004 before the undersigned Magistrate Judge. Present at this conference were ROIANNE CONNER, ESQ., counsel for the defendant, and Assistant United States Attorney KENT BRUNSON, counsel for the government. As a result of the conference, it is hereby ORDERED that this court's order of April 15, 2004 (Doc. #15) remain in full force and effect. The trial of this case is set for June 2, 2004. Signed by Judge Vanzetta P. McPherson on 5/14/04. (kcg, ) (Entered: 05/14/2004) |
| 05/19/2004 | 21 | Proposed Jury Instructions by Arbert Tyrail Smith (Conner, Roianne) (Entered: 05/19/2004) |
| 05/19/2004 | 22 | Proposed Voir Dire by Arbert Tyrail Smith (Conner, Roianne) (Entered: 05/19/2004) |
| 05/21/2004 | 25 | NOTICE *of Intent to Plead Guilty* by Arbert Tyrail Smith (Conner, Roianne) (Entered: 05/21/2004) |

| Date | Doc # | Description |
|---|---|---|
| 05/21/2004 | 26 | ORDER of Reference as to Arbert Tyrail Smith that the above captioned criminal case be referred to a United States Magistrate Judge to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation concerning acceptance of the guilty plea. Signed by Judge Mark E. Fuller on 5/21/04. (kcg, ) (Entered: 05/21/2004) |
| 05/24/2004 | 27 | ORDER as to Arbert Tyrail Smith that after an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that: (1) The objection (Doc. #17) filed by defendant on April 28, 2004 is overruled; (2) The Recommendation of the United States Magsitrate Judge (Doc. #16) entered on April 16, 2004 is adopted; (3) The defendant's motion to suppress (Doc. #10) is DENIED. Signed by Judge Mark E. Fuller on 5/24/04. (kcg, ) (Entered: 05/24/2004) |
| 05/24/2004 | 28 | ORDER as to Arbert Tyrail Smith Change of Plea Hearing set for 5/24/2004 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk is directed to provide a court reporter for this proceeding. Signed by Judge Vanzetta P. McPherson on 5/24/04. (kcg, ) (Entered: 05/24/2004) |
| 05/24/2004 | 31 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Arbert Tyrail Smith (sql, ) (Entered: 05/25/2004) |
| 05/24/2004 | 32 | PLEA AGREEMENT as to Arbert Tyrail Smith (sql, ) (Entered: 05/25/2004) |
| 05/24/2004 | 33 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Arbert Tyrail Smith held on 5/24/2004, Plea entered by Arbert Tyrail Smith (1) Guilty Count 1. (Court Reporter Sherry Mack w/Dunn-King.) (sql, ) (Entered: 05/25/2004) |
| 05/25/2004 | 29 | Arrest Warrant Returned Executed on 5/24/04 as to Arbert Tyrail Smith. (kcg, ) (Entered: 05/25/2004) |
| 05/25/2004 | 30 | ORDER as to Arbert Tyrail Smith Final Hearing re Revocation of Supervised Release set for 5/25/2004 02:00 PM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 5/25/04. (kcg, ) (Entered: 05/25/2004) |
| 05/25/2004 | 34 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Bond Revocation Hearing as to Arbert Tyrail Smith held on 5/25/2004 (Tape #FTR: 2:09 - 2:24 pm.) (sql, ) (Entered: 05/25/2004) |
| 05/27/2004 | 35 | REPORT AND RECOMMENDATIONS CONCERNING PLEA OF GUILTY as to Arbert Tyrail Smith Objections to R&R due by 6/9/2004. Signed by Judge Vanzetta P. McPherson on 5/27/04. (kcg, ) (Entered: 05/27/2004) |
| 06/14/2004 | 36 | ORDER Accepting Guilty Plea and Adjudication of Guilt as to Arbert Tyrail Smith . Signed by Judge Mark E. Fuller on 6/14/04. (kcg, ) (Entered: 06/14/2004) |

| | | |
|---|---|---|
| 06/14/2004 | | ***Motions terminated as to Arbert Tyrail Smith : 35 REPORT AND RECOMMENDATIONS as to Arbert Tyrail Smith. (kcg, ) (Entered: 09/02/2004) |
| 06/25/2004 | 37 | ORDER as to Arbert Tyrail Smith Sentencing set for 8/30/2004 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. That on or before August 9, 2004, counsel for the defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, etc. That, unless excused in writing by the Chief U.S. Probation Officer of this district, counsel for the parties shall be available for a conference with the probation officer on August 17, 2004 at 9:00 a.m, to discuss and resolve, if possible, factual and legal issues contained in the presentence report, as further set out. Signed by Judge Mark E. Fuller on 6/25/04. (kcg, ) (Entered: 06/25/2004) |
| 07/07/2004 | 38 | Preliminary MOTION for Forfeiture of Property by United States of America as to Arbert Tyrail Smith. (Harmon, John) (Entered: 07/07/2004) |
| 07/15/2004 | 39 | PRELIMINARY ORDER OF FORFEITURE OF PROPERTY as to Arbert Tyrail Smith that as a result of the guilty plea on Count 1 of the Indictment, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), the Defendant shall forfeit to the United States: all firearms and ammunition involved in the commission the violation of Title 18, United States Code, Section 922(g)(1), as further set out . Signed by Judge Mark E. Fuller on 7/15/04. (kcg, ) (Entered: 07/15/2004) |
| 07/15/2004 | | ***Motions terminated as to Arbert Tyrail Smith: 38 Preliminary MOTION for Forfeiture of Property filed by United States of America per Order #39. (kcg, ) (Entered: 04/01/2005) |
| 08/06/2004 | 40 | Process Receipt and Return as to Arbert Tyrail Smith on 7/20/04. (kcg, ) (Entered: 08/06/2004) |
| 08/06/2004 | 41 | Process Receipt and Return as to Arbert Tyrail Smith on 7/20/04. (kcg, ) (Entered: 08/06/2004) |
| 08/06/2004 | 42 | Process Receipt and Return as to Arbert Tyrail Smith on 7/20/04. (kcg, ) (Entered: 08/06/2004) |
| 08/16/2004 | 43 | ORDER as to Arbert Tyrail Smith directing that on or before August 23, 2004, the defendant shall file in writing any objection to the PSR that is predicated on Blakely and will be raised at sentencing, as outlined in order. The defendant is advised that failure to file a written objection by the date specified will be viewed by the court as an indication that the defendant has no unresolved Blakely objection that will require a ruling from the court at sentencing. Signed Chief Judge Mark E. Fuller. (snc) (Entered: 08/16/2004) |

| Date | Doc # | Description |
|---|---|---|
| 08/20/2004 | 44 | Process Receipt and Return as to Arbert Tyrail Smith on 8/12/04. (kcg, ) (Entered: 08/20/2004) |
| 08/23/2004 | 45 | First MOTION for Downward Departure *Of Sentencing Guideline Recommendation* by Arbert Tyrail Smith. (Conner, Roianne) (Entered: 08/23/2004) |
| 08/23/2004 | | ***Documents terminated as to Arbert Tyrail Smith: 45 First MOTION for Downward Departure *Of Sentencing Guideline Recommendation* filed by Arbert Tyrail Smith,. [DOCUMENT #45 IS AN OBJECTION TO SENTENCING GUIDELINE RECOMMENDATION AND SHOULD NOT HAVE BEEN FILED AS A MOTION FOR DOWNWARD DEPARTURE] (kcg, ) (Entered: 04/04/2005) |
| 08/25/2004 | 46 | ORDER as to Arbert Tyrail Smith continuing the sentencing hearing set for 8/30/04 until further order of the court . Signed by Judge Mark E. Fuller on 8/25/04. (snc) (Entered: 08/25/2004) |
| 12/23/2004 | | ***Motion terminated as to Arbert Tyrail Smith: [20] MOTION to Revoke filed by Montgomery U.S. Probation (per 12/23/04 order). (snc) (Entered: 12/23/2004) |
| 01/24/2005 | 48 | ORDER as to Arbert Tyrail Smith Sentencing set for 3/8/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller.. Signed by Judge Mark E. Fuller on 1/24/05. (kcg, ) (Entered: 01/24/2005) |
| 03/01/2005 | 49 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by United States of America as to Arbert Tyrail Smith. (Brunson, Kent) (Entered: 03/01/2005) |
| 03/07/2005 | 50 | Final MOTION for Forfeiture of Property by United States of America as to Arbert Tyrail Smith. (Harmon, John) (Entered: 03/07/2005) |
| 03/08/2005 | 51 | Minute Entry for proceedings held before Judge Mark E. Fuller :Partial Sentencing held on 3/8/2005 as to Arbert Tyrail Smith and CONTINUED to April 6, 2005 (Court Reporter James R. Dickens.) (kcg, ) (Entered: 03/08/2005) |
| 03/08/2005 | | ORAL MOTION to Continue Sentencing by Arbert Tyrail Smith. (kcg, ) (Entered: 03/09/2005) |
| 03/09/2005 | 52 | MOTION for Release from Custody by United States of America as to Arbert Tyrail Smith. (Attachments: # 1 Text of Proposed Order)(Brunson, Kent) (Entered: 03/09/2005) |
| 03/09/2005 | 53 | ORDER granting 52 Motion for Release from Custody as to Arbert Tyrail Smith (1) that the U.S. Marshal Service release custody of said prisoner to Neill Thompson, DEA, on 3/10/05 throught 6/10/05, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy U.S. Marshal; that said agents return prisoner into the custody of the U.S. Marshal Service when finished with him. Signed by Judge Vanzetta P. McPherson on 3/9/05. (ws ) (Entered: 03/09/2005) |

| | | |
|---|---|---|
| 03/09/2005 | 54 | ORDER as to Arbert Tyrail Smith GRANTING ORAL MOTION to Continue Sentencing filed by Arbert Tyrail Smith. Sentencing is re-set from 3/8/2005 to 4/6/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 3/9/05. (kcg, ) (Entered: 03/09/2005) |
| 03/30/2005 | 55 | MOTION for Release from Custody by United States of America as to Arbert Tyrail Smith. (Attachments: # 1 Text of Proposed Order)(Brunson, Kent) (Entered: 03/30/2005) |
| 03/31/2005 | 56 | ORDER granting 55 Motion for Release from Custody to Scott Edwards, MPD, as to Arbert Tyrail Smith (1), as further set out. Signed by Judge Vanzetta P. McPherson on 3/31/05. (kcg, ) (Entered: 03/31/2005) |
| 03/31/2005 | 57 | MOTION for Downward Departure by United States of America as to Arbert Tyrail Smith. (Brunson, Kent) (Entered: 03/31/2005) |
| 04/06/2005 | 58 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 4/6/2005 as to Arbert Tyrail Smith (1)(Court Reporter James R. Dickens.) (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL MOTION for Three Point Downward Departure Instead of Two Point Departure by Arbert Tyrail Smith. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL MOTION to Continue Sentencing by Arbert Tyrail Smith. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL ORDER as to Arbert Tyrail Smith DENYING ORAL MOTION to Continue Sentencing filed by Arbert Tyrail Smith . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL ORDER as to Arbert Tyrail Smith GRANTING 49 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by United States of America . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL ORDER as to Arbert Tyrail Smith DENYING ORAL MOTION for Three Point Downward Departure Instead of Two Point Departure filed by Arbert Tyrail Smith . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL ORDER as to Arbert Tyrail Smith GRANTING 57 MOTION for Downward Departure filed by United States of America . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | ORAL ORDER as to Arbert Tyrail Smith GRANTING 50 Final MOTION for Forfeiture of Property filed by United States of America . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |
| 04/06/2005 | 59 | FINAL ORDER OF FORFEITURE OF PROPERTY as to Arbert Tyrail Smith, as further set out . Signed by Judge Mark E. Fuller on 4/6/05. (kcg, ) (Entered: 04/06/2005) |

| Date | Doc # | Description |
|---|---|---|
| 04/07/2005 | 60 | JUDGMENT as to Arbert Tyrail Smith (1), Count(s) 1, 71 Mos Imp; 3 Yrs Sup Rel; $100 SA . Signed by Judge Mark E. Fuller on 4/7/05. (kcg, ) (Entered: 04/08/2005) |
| 05/27/2005 | 61 | Judgment Returned Executed as to Arbert Tyrail Smith on 5/13/05. (kcg, ) (Entered: 06/07/2005) |
| 12/15/2005 | 62 | Process Receipt and Return of One Taurus, Model Millenium PT140,.40 Caliber Pistol, S/N SVEo2o36, as to Arbert Tyrail Smith on 12/15/05. (kcg, ) (Entered: 12/19/2005) |
| 12/15/2005 | 63 | Process Receipt and Return of One North China Industries, MAK-90 SKS Rifle, S/N 931873, as to Arbert Tyrail Smith on 12/15/05. (kcg, ) (Entered: 12/19/2005) |
| 12/15/2005 | 64 | Process Receipt and Return of One Glock, Model 17, 9mm Pistol, Serial Number DNL242US, as to Arbert Tyrail Smith on 12/15/05. (kcg, ) (Entered: 12/19/2005) |
| 01/09/2006 | | Payment Received from BOP: as to Arbert Tyrail Smith $ 25.00 assessment, receipt number 108933 (ws, ) (Entered: 01/10/2006) |