IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06CV240-MEF-VPM |
| | ) | |
| ARBERT TYRAIL SMITH | ) | |

MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND
TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time to respond to this Court's Order to respond to Petitioner Arbert Tyrail Smith's Motion Under 28 U.S.C. § 2255, and in support of its request, states as follows:

1. Petitioner's motion asserts that his sentence was improperly enhanced. The United States intends to rebut this claim through reference to the transcripts of his guilty plea colloquy and sentencing proceedings.

2. The United States has ordered transcripts of those proceedings, but has received only the sentencing transcript. It expects to receive the transcript of guilty plea within thirty (30) days.

3. So that the United States may fully respond to Petitioner's Motion, it requests an extension of thirty (30) days after the current due date of April 20, 2006. If granted, the new due date for a response from the United States would be May 22, 2006.

Respectfully submitted on this the 13th day of April, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        kent.brunson@usdoj.gov

```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
) CIVIL ACTION NO.
v. ) 3:06CV240-MEF-VPM
)
ARBERT TYRAIL SMITH )
)

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Arbert Tyrail Smith, #11409-002, FCI Marianna, Federal Correctional Institution, Mohawk Unit B, P.O. Box 7007, Marianna, FL 32447-7007

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
kent.brunson@usdoj.gov