IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv240-MEF |
| | ) | |
| ARBERT TYRAIL SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time (Doc. # 3) filed by the United States on 13 April 2006, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from 20 April 2006 to and including 22 May 2006 to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on 21 March 2006.

Done this 17th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE