IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED SEP 23 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 03-212-E
) [18 USC 922(g)(1)]
ARBERT TYRAIL SMITH )
)
) INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about the 25th day of June, 2003, in Auburn, Alabama, within the Middle District of Alabama,

ARBERT TYRAIL SMITH,

defendant herein, having been convicted on or about January 29, 1998, in the Circuit Court of Lee County, Alabama, in cases numbered CC 97-969 and CC 97-970, both convictions for distribution of controlled substances, both felonies for which he was sentenced to serve seven years imprisonment under the laws of the State of Alabama, thereafter did knowingly possess, in and affecting commerce, the following firearms: a Glock, Model 17, 9mm pistol, Serial Number DNL242US; a Taurus, Model Millennium PT140, .40 caliber semiautomatic pistol, Serial Number SVE 02036; and a North China Industries, MAK-90 SKS 7.62mm rifle, Serial Number 931873, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

ARBERT TYRAIL SMITH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924; and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following: a Glock, Model 17, 9mm pistol, Serial Number DNL242US; a Taurus, Model Millennium PT140, .40 caliber semiautomatic pistol, Serial Number SVE 02036; and a North China Industries, MAK-90 SKS 7.62mm rifle, Serial Number 931873.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant

   (1)  cannot be located upon the exercise of due diligence;

   (2)  has been transferred and sold to, and deposited with a third person;

   (3)  has been placed beyond the jurisdiction of the court;

   (4)  has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above. All in violation of Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
Foreperson

_____
John T. Harmon
Assistant United States Attorney

_____
Matthew S. Miner
Assistant United States Attorney