Grand Jury No: __127__     CC04-337

A TRUE BILL:---

_____
Foreperson Grand Jury

Filed in open Court the __14th__ day of __May__, 2004, in the presence of the Grand Jury.

_____
Clerk

Presented to the presiding Judge in open Court by the Foreperson of the Grand Jury, in the presence of __16__ other Grand Jurors, and filed by order of Court this __14th__ day of __May__, 2004.

_____
Clerk

Bail fixed at $250,000 this __13th__ day of __May__, 2004.

_____
Judge Presiding

Sec. 15-8-150, Code 1975

---

**THE STATE OF ALABAMA**
**LEE COUNTY**
**CIRCUIT COURT**
Spring, 2004

---

THE STATE
VS.

ARBERT TYRAIL SMITH, alias
SHORT
SHORTY
TYRAIL SMITH
Date of Arrest: ( 06/26/2003 ) - SID#AL01332100

---

**INDICTMENT**
TRAFFICKING-COCAINE
§13A-12-231(2)

No Prosecutor

---

WITNESSES:

Agt Lance Abbott, - ABI,
Det Tommy DAWSON, - 141 North Ross Street, AUBURN AL 36830
Melissa Kelly, - DFS,
Det Pat McCulloch, - APD, 141 N Ross Street, Auburn AL 36830
Sgt Chris Murray, - APD,
Sgt Jerry Sparks, - APD,
Cpl James Tatum, - APD,
Off Steve Woods, - APD, Auburn AL 36830

**WALKER**

INDICTMENT                                                          CC04-337

## THE STATE OF ALABAMA, LEE COUNTY

### Circuit Court, Spring, 2004

THE GRAND JURY OF LEE COUNTY CHARGE THAT BEFORE THE FINDING OF THIS INDICTMENT ARBERT TYRAIL SMITH, ALIAS SHORT, ALIAS SHORTY, ALIAS TYRAIL SMITH, WHOSE TRUE CHRISTIAN NAME IS OTHERWISE UNKNOWN TO THE GRAND JURY, DID ON OR ABOUT, TO-WIT: JUNE 26, 2003, KNOWINGLY SELL, MANUFACTURE, DELIVER OR BRING INTO THE STATE OF ALABAMA, OR WAS KNOWINGLY IN ACTUAL OR CONSTRUCTIVE POSSESSION OF 28 GRAMS OR MORE OF COCAINE, OR OF ANY MIXTURE CONTAINING COCAINE, IN VIOLATION OF SECTION 13A-12-231(2) OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
District Attorney, 37th Judicial Circuit of Alabama

Sec. 15-8-150, Code 1975.

SCANNED