Grand Jury No: __128__                                CC04-338

A TRUE BILL:---

_Ozell Preston_
Foreperson Grand Jury

Filed in open Court the _14th_ day of _May_, 2004, in the presence of the Grand Jury.

_Corinne D. Hurst_
Clerk

Presented to the presiding Judge in open Court by the Foreperson of the Grand Jury, in the presence of ___16___ other Grand Jurors, and filed by order of Court this _14th_ day of _May_, 2004.

_Corinne D. Hurst_
Clerk

Bail fixed at $ _3,000_ this _13th_ day of _May_, 2004.

_____
Judge Presiding

Sec. 15-8-150, Code 1975.

| THE STATE OF ALABAMA<br>LEE COUNTY<br>CIRCUIT COURT<br>Spring, 2004 |
|---|
| THE STATE<br>VS.<br><br>ARBERT TYRAIL SMITH, alias<br>SHORT<br>SHORTY<br>TYRAIL SMITH<br>Date of Arrest: ( 06/26/2003 ) - SID#AL01332100 |
| INDICTMENT<br>POSS MARIJUANA 1ST<br>§13A-12-213<br><br>No Prosecutor |
| WITNESSES:<br>Agt Lance Abbott, - ABI,<br>Det Tommy DAWSON, - 141 North Ross Street, AUBURN AL 36830<br>Melissa Kelly, - DFS,<br>Det Pat McCulloch, - APD, 141 N Ross Street, Auburn AL 36830<br>Sgt Chris Murray, - APD,<br>Sgt Jerry Sparks, - APD,<br>Cpl James Tatum, - APD,<br>Off Steve Woods, - APD, Auburn AL 36830 |

**WALKER**

INDICTMENT                                                    CC04-338

## THE STATE OF ALABAMA, LEE COUNTY

### Circuit Court, Spring, 2004

THE GRAND JURY OF LEE COUNTY CHARGE THAT BEFORE THE FINDING OF THIS INDICTMENT ARBERT TYRAIL SMITH, ALIAS SHORT, ALIAS SHORTY, ALIAS TYRAIL SMITH, WHOSE TRUE CHRISTIAN NAME IS OTHERWISE UNKNOWN TO THE GRAND JURY, DID ON OR ABOUT, TO-WIT: JUNE 26, 2003, UNLAWFULLY POSSESS MARIJUANA, A CONTROLLED SUBSTANCE, FOR OTHER THAN PERSONAL USE, IN VIOLATION OF SECTION 13A-12-213 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
District Attorney, 37th Judicial Circuit of Alabama

Sec. 15-8-150, Code 1975.

SCANNED