IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-240-MEF |
| | )         [WO] |
| ARBERT TYRAIL SMITH, | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 26, 2007 (Doc. #7), said Recommendation is adopted and it is the

ORDER, JUDGMENT and DECREE of the Court that the Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is DENIED, as the claims therein entitle movant to no relief.

DONE this the 19th day of December, 2007.

                                                           /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE